UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM KITCHEN III,

    Plaintiff,

v.

DAVE LEACH, et al.,

    Defendants.
_____/

Case No. 1:17-cv-371

HON. JANET T. NEFF

## ORDER

This is a civil rights action brought by a state prisoner pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion for psychiatric evaluation. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 9, 2017, recommending that this Court deny the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 23) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Psychiatric Evaluation (ECF No. 19) is DENIED.

Dated: September 6, 2017

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge